AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-2909 |
| Sohrab ("Sam") Sharma and Robert Farkas | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date:   04/02/2018

/s Alison R. Levine
*Attorney's signature*

Alison R. Levine (NY Bar 4692612)
*Printed name and bar number*

Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281-1022
*Address*

levineali@sec.gov
*E-mail address*

(212) 336-5549
*Telephone number*

(212) 336-7477
*FAX number*