

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 15, 2020

**BY ECF AND EMAIL**
The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *S.E.C.* v. *Sohrab Sharma et al.*, 18 Civ. 2909 (DLC)

Dear Judge Cote:

The Government respectfully submits this letter to update the Court on the status of the parallel criminal case captioned *United States* v. *Sohrab Sharma et al.*, 18 Cr. 340 (LGS). Pursuant to scheduling orders entered by Judge Schofield on March 26, 2020 and April 23, 2020 in that criminal case, the jury trial of defendants Sohrab Sharma and Robert Farkas has been adjourned from April 2020 to November 12, 2020 due to the national health emergency relating to the deadly COVID-19 virus. Defendant Raymond Trapani pleaded guilty on July 17, 2019.

Respectfully submitted,

```
Status letter due 12/18/2020.
Dated: May 18, 2020
```

CRAIG STEWART
Attorney for the United States
Acting Under 28 U.S.C. § 515

By:   \_\_/s_____
Samson Enzer / Negar Tekeei
Assistant United States Attorneys
(212) 637-2342 / -2482

_____
DENISE COTE
United States District Judge

cc:   All counsel of record (via ECF)