

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 18, 2021

**BY ECF AND EMAIL**
The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *S.E.C.* v. *Sohrab Sharma et al.*, 18 Civ. 2909 (DLC)

Dear Judge Cote:

     The Government respectfully submits this letter to update the Court on the status of the parallel criminal case captioned *United States* v. *Sohrab Sharma et al.*, 18 Cr. 340 (LGS). All three defendants in that criminal case (namely, Sohrab Sharma, Robert Farkas and Raymond Trapani) have pleaded guilty. Farkas, who pled guilty under a plea agreement, was sentenced on December 15, 2020 primarily to a year and a day of imprisonment. Sharma, who pled guilty under a plea agreement, was sentenced on March 4, 2021 primarily to eight years of imprisonment, but filed a notice of appeal yesterday indicating that he intends to challenge his conviction and sentence before the Second Circuit Court of Appeals. The Government has conferred with counsel for Trapani, who pled guilty under a cooperation agreement, and understands that Trapani's counsel intends to apply for a sentencing date in or after September 2021 for Trapani.

     Respectfully submitted,

     ILAN T. GRAFF
     Attorney for the United States
     Acting Under 28 U.S.C. § 515

By:   __/s_____
     Samson Enzer / Negar Tekeei
     Assistant United States Attorneys
     (212) 637-2342 / -2482

cc:   All counsel of record (via ECF)