UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                                      :
SECURITIES AND EXCHANGE COMMISSION,  :
                                                      :
                    Plaintiff,    :    18cv2909 (DLC)
                                                      :
           -v-                      :    <u>ORDER</u>
                                                      :
SOHRAB "SAM" SHARMA, et al.,        :
                                                      :
                   Defendants.   :
-------------------------------------- X

DENISE COTE, District Judge:

    Having received the Government's letter of September 15, 2021, it is hereby

    ORDERED that the stay of this action is lifted.

    IT IS FURTHER ORDERED that an initial pretrial conference shall be held on **November 5** at **3:30 pm**. Due to the ongoing COVID-19 pandemic, the conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:     888-363-4749

        Access code: 4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
           September 21, 2021

                                                            DENISE COTE
                                               United States District Judge