

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

January 3, 2022

**By ECF**
Hon. Denise L. Cote
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *SEC v. Sohrab "Sam" Sharma et al.*, 18-cv-2909 (DLC)

Dear Judge Cote:

Pursuant to the Court's November 11, 2021 Order (Dkt. No. 49), Plaintiff Securities and Exchange Commission (the "Commission") and Defendants Sohrab "Sam" Sharma ("Sharma"), Raymond Trapani ("Trapani"), and Robert Farkas ("Farkas") respectfully submit this status letter regarding the above-referenced action.

As the Commission explained in its November 3, 2021 letter (Dkt No. 48), Defendants have each individually reached an agreement in principle with Commission counsel to resolve the Commission's claims against them (Trapani's settlement is partial pending his sentencing). Commission counsel intends to seek Commission authorization for the proposed settlements after Mr. Trapani's sentencing in the parallel criminal matter, *U.S. v. Sharma et al.,* 18-cr-340, which was recently adjourned to March 14, 2022 (Cr. Dkt. No. 552). If the Commission authorizes the settlements, the parties will promptly submit the proposed consent judgments to the Court for its consideration.

The parties therefore respectfully request that they provide the Court with a status report in approximately 90 days, by April 4, 2022, if the parties have not submitted proposed consent judgments to the Court by that date.

              Respectfully submitted,

              /s/ Alison R. Levine

              Alison R. Levine
              Senior Counsel

cc (by email): Paul Petruzzi, Esq.
       *Counsel for Defendant Robert Farkas*

Hon. Denise L. Cote
January 3, 2022
Page 2

    Gennaro Cariglio Jr., Esq.
    *Counsel for Defendant Sam Sharma*

    Joseph Bondy, Esq.
    *Counsel for Defendant Raymond Trapani*